This decision of the New Mexico Court of Appeals was not selected for publication in the New Mexico Appellate Reports. Refer to Rule 12-405 NMRA for restrictions on the citation of unpublished decisions. Electronic decisions may contain computer-generated errors or other deviations from the official version filed by the Court of Appeals.

## IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

No. A-1-CA-38347

**STATE OF NEW MEXICO,**

Plaintiff-Appellee,

v.

**SHANON CRUMBLEY,**

Defendant-Appellant.

**APPEAL FROM THE DISTRICT COURT OF GRANT COUNTY**
**Thomas F. Stewart, District Judge**

Hector H. Balderas, Attorney General
Santa Fe, NM
Van Snow, Assistant Attorney General
Albuquerque, NM

for Appellee

Shanon N. Crumbley
Hanover, NM

Pro Se Appellant

## MEMORANDUM OPINION

**HANISEE, Chief Judge.**

{1}     Defendant, a self-represented litigant, appeals her convictions for harassment and use of telephone to terrify, intimidate, threaten, harass, annoy, or offend. In this Court's second notice of proposed disposition, we proposed to summarily reverse Defendant's convictions because her constitutional right to counsel was apparently violated during the proceedings below. Subsequently, the State filed with this Court a notice that it does not oppose our proposed summary disposition. Accordingly, for the reasons stated in our second notice of proposed disposition and herein, we reverse

Defendant's convictions and remand for further proceedings consistent with this Court's second notice of proposed disposition.

{2}     IT IS SO ORDERED.

**J. MILES HANISEE, Chief Judge**

**WE CONCUR:**

**BRIANA H. ZAMORA, Judge**

**SHAMMARA H. HENDERSON, Judge**